IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATILDA I. KNIGHT,** | * |
| **Plaintiff,** | * |
| vs. | * |
| | *   CIVIL ACTION 07-0372-CG-M |
| **MICHAEL J. ASTRUE,** **Acting Commissioner of Social Security,** | * |
| **Defendant.** | * |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be AFFIRMED and that this action be DISMISSED.

**DONE** and **ORDERED** this 21st day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE