IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MATILDA I. KNIGHT,** | * |
| **Plaintiff,** | * |
| vs. | * |
| | *   **CIVIL ACTION 07-0372-CG-M** |
| **MICHAEL J. ASTRUE,** Acting Commissioner of Social Security, | * |
| **Defendant.** | * |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor Defendant Michael J. Astrue and against Plaintiff Matilda I. Knight.

**DONE** and **ORDERED** this 21st day of February, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE